W. F. Tweedy v. New England Loan and Trust Company. No. 12,230. (66 Pac. 644.) Error from Cowley district court. Opinion filed November 9, 1901. Division one. *Dismissed.* C. T. Atkinson, for plaintiff in error. Flower, Peters & Bowersock, for defendant in error.

The City of Parsons v. Rosannah Diggs. No. 12,375. (66 Pac. 1083.) Error from Labette district court. Opinion filed November 9, 1901. Division one. *Dismissed.* W. C. Perry, for plaintiff in error. A. H. Tyler, for defendant in error.

C. C. Kincade v. Thomas Bowles et al. No. 12,384. (66 Pac. 1084.) Error from Anderson district court. Opinion filed November 9, 1901. Division two. *Reversed.* Albert L. Wilson, for plaintiff in error. J. G. Johnson, W. A. Johnson, Kirk & Bronston, N. L. Bowman, J. E. Maxwell, Snoddy & Snoddy, Oscar Foust & Son, and A. H. Campbell, for defendants in error.

Martha A. Penniman et al. v. L. H. Stephenson. No. 12,387. (66 Pac. 1085.) Error from Bourbon district court. Opinion filed November 9, 1901. Division two. *Dismissed.* McCleverty & Padgett, for plaintiffs in error. Keene & Gates, for defendant in error.

The M. K. & T. Railway Company v. D. M. Bender. No. 12,391. (66 Pac. 1085.) Error from Labette district court. Opinion filed November 9, 1901. Division two. *Reversed.* T. N. Sedgwick, for plaintiff in error. E. O. Ellis, for defendant in error.

W. C. Powers v. Catherine Bond. No. 12,518. (66 Pac. 629.) Error from Harvey district court. Opinion filed November 9, 1901. Division two. *Dismissed.* Branine & Branine, for plaintiff in error. C. Bucher, for defendant in error.

The Sehrt-Patterson Milling Company v. W. A. Myrick. No. 12,615. (66 Pac. 647.) Error from Montgomery district court. Opinion filed November 9, 1901. Division two. *Affirmed.* Ergenbright & Banks, and F. J. Fritch, for plaintiff in error. T. H. Stanford, for defendant in error.

The State of Kansas v. William Rufus Walden. No. 12,749. (66 Pac. 1086.) Appeal from Sedgwick district court. Opinion filed November 9, 1901. Division two. *Affirmed.* A. A. Godard, attorney-general, and James F. Conly, county attorney, for The State. Adams & Adams, for appellant.

Tremain R. Van Valkenburg et al. v. John H. Lynde et al. No. 12,051. (66 Pac. 994.) Error from Atchison district court. Opinion filed December 7, 1901. Division one. *Reversed.* A. Bowers, W. D. Webb, and B. A. Seaver, for plaintiffs in error. A. S. Brewster, and Albert Perry, for defendants in error.

H. H. Baumgardner et al. v. C. N. Hunt. No. 12,241. (66 Pac. 1083.) Error from Cowley district court. Opinion filed December 7, 1901. Division one. *Affirmed.* Houston & Brooks, C. R. Mitchell, and C. L. Swarts, for plaintiffs in error. J. Mack Love, for defendant in error.

Missouri Pacific Railway Company v. Monroe Sutton. No. 12,242. (66 Pac. 1085.) Error from Sedgwick district court. Opinion filed December 7, 1901. Division one. *Affirmed.* J. H. Richards, C. E. Benton, and David Smyth, for plaintiff in error. J. D. Houston, for defendant in error.